# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: SILVERTON MARINE CORPORATION § Case No. 12-21221-MBK
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN E. BEZNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,680,588.28    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $468,788.54    Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $121,211.46

3) Total gross receipts of $ 590,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $590,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $34,612.55 | $512,791.18 | $415,463.98 | $415,463.98 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 121,211.46 | 121,211.46 | 121,211.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 288,241.86 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 102,509.86 | 102,509.86 | 53,324.56 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 2,134,317.85 | 341,968.84 | 312,252.64 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,168,930.40 | $1,366,723.20 | $951,437.94 | $590,000.00 |

4) This case was originally filed under Chapter 7 on April 30, 2012. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2019          By: /s/KAREN E. BEZNER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property - Main Plant - 301 Riverside Drive | 1110-000 | 500,000.00 |
| Deposit Retained After Bidder Defaulted On | 1229-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$590,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | City of Millville | 4700-000 | 34,612.55 | 97,327.20 | 0.00 | 0.00 |
| | Landis Title Company | 4700-000 | N/A | 35,976.92 | 35,976.92 | 35,976.92 |
| | Landis Title Company | 4700-000 | N/A | 4,820.00 | 4,820.00 | 4,820.00 |
| | Landis Title Company | 4700-000 | N/A | 4,347.37 | 4,347.37 | 4,347.37 |
| | Landis Title Company | 4700-000 | N/A | 2,539.96 | 2,539.96 | 2,539.96 |
| | Landis Title Company | 4700-000 | N/A | 366,122.65 | 366,122.65 | 366,122.65 |
| | Landis Title Company | 4700-000 | N/A | 1,657.08 | 1,657.08 | 1,657.08 |
| **TOTAL SECURED CLAIMS** | | | **$34,612.55** | **$512,791.18** | **$415,463.98** | **$415,463.98** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - KAREN E. BEZNER | 2100-000 | N/A | 32,750.00 | 32,750.00 | 32,750.00 |
| Trustee Expenses - KAREN E. BEZNER | 2200-000 | N/A | 2,521.70 | 2,521.70 | 2,521.70 |
| Attorney for Trustee Fees (Trustee Firm) - Karen E. Bezner, Esq. | 3110-000 | N/A | 38,287.50 | 38,287.50 | 38,287.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Karen E. Bezner, Esq. | 3120-000 | N/A | 650.31 | 650.31 | 650.31 |
| Other - Bederson, LLP | 3410-000 | N/A | 23,040.50 | 23,040.50 | 23,040.50 |
| Other - Bederson, LLP | 3420-000 | N/A | 238.47 | 238.47 | 238.47 |
| Other - Landis Title Company | 2500-000 | N/A | -6,733.18 | -6,733.18 | -6,733.18 |
| Other - Landis Title Company | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Landis Title Company | 2500-000 | N/A | 240.00 | 240.00 | 240.00 |
| Other - GA Keen Realty Advisors, LLC | 3510-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.62 | 106.62 | 106.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 91.44 | 91.44 | 91.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 100.76 | 100.76 | 100.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 97.47 | 97.47 | 97.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.76 | 84.76 | 84.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.61 | 106.61 | 106.61 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 36.48 | 36.48 | 36.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.91 | 93.91 | 93.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.48 | 87.48 | 87.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.83 | 99.83 | 99.83 |
| Other - International Sureties, Ltd | 2300-000 | N/A | -14.42 | -14.42 | -14.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.46 | 93.46 | 93.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.22 | 90.22 | 90.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.42 | 99.42 | 99.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.17 | 96.17 | 96.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.83 | 89.83 | 89.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.99 | 98.99 | 98.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 92.65 | 92.65 | 92.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.43 | 89.43 | 89.43 |
| Clerk of the Court Costs (includes adversary and other filing fees) - United | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 101.64 | 101.64 | 101.64 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 26.86 | 26.86 | 26.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.53 | 88.53 | 88.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.28 | 88.28 | 88.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 100.33 | 100.33 | 100.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.02 | 88.02 | 88.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.90 | 87.90 | 87.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.90 | 99.90 | 99.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.64 | 87.64 | 87.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 99.59 | 99.59 | 99.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.39 | 90.39 | 90.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.25 | 87.25 | 87.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.15 | 96.15 | 96.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.00 | 90.00 | 90.00 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 20.09 | 20.09 | 20.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.11 | 96.11 | 96.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.95 | 83.95 | 83.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 92.82 | 92.82 | 92.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.71 | 83.71 | 83.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.53 | 98.53 | 98.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.43 | 89.43 | 89.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.33 | 86.33 | 86.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.11 | 98.11 | 98.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.07 | 86.07 | 86.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.84 | 94.84 | 94.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.78 | 88.78 | 88.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.69 | 85.69 | 85.69 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 19.03 | 19.03 | 19.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 97.37 | 97.37 | 97.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.47 | 82.47 | 82.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.24 | 88.24 | 88.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.18 | 85.18 | 85.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.80 | 96.80 | 96.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.92 | 84.92 | 84.92 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.58 | 93.58 | 93.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.52 | 90.52 | 90.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $121,211.46 | $121,211.46 | $121,211.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The State of New Jersey | 6820-000 | N/A | 288,241.86 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $288,241.86 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Wicomico County Office | 5800-000 | N/A | 2,460.99 | 2,460.99 | 1,280.18 |
| 24 | The State of New Jersey | 5800-000 | N/A | 100,048.87 | 100,048.87 | 52,044.38 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $102,509.86 | $102,509.86 | $53,324.56 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Black & Decker (US) INC | 7100-000 | N/A | 1,400.18 | 1,400.18 | 0.00 |
| 2 | L&P Financial Services Co. | 7100-000 | N/A | 65.18 | 65.18 | 0.00 |
| 4 | Fessenden Hall, Inc. | 7100-000 | N/A | 26,377.35 | 26,377.35 | 0.00 |
| 5 | Domestic Linen Supply Co. Inc | 7100-000 | N/A | 96,714.96 | 96,714.96 | 0.00 |
| 7 | Dunham's Bay Boat Co. Inc. | 7100-000 | N/A | 28,316.02 | 28,316.02 | 0.00 |
| 8 | Dunham's Bay Boat Co., Inc. | 7100-000 | N/A | 28,316.02 | 0.00 | 0.00 |
| 9 | StaRite Industries LLC | 7100-000 | N/A | 1,172.03 | 1,172.03 | 0.00 |
| 10 | Century Tube Corp. | 7100-000 | N/A | 7,385.55 | 7,385.55 | 0.00 |
| 11 | McDonald Saw Service, LLC | 7100-000 | N/A | 2,706.31 | 2,706.31 | 0.00 |
| 12 | Pedroni Fuel Company | 7100-000 | N/A | 6,126.17 | 6,126.17 | 0.00 |
| 13 | Sea-Dog Corp | 7100-000 | N/A | 275.10 | 275.10 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | MSC Industrial Supply | 7100-000 | N/A | 631.87 | 631.87 | 0.00 |
| 15 | Marine Fasteners Inc. | 7100-000 | N/A | 6,260.29 | 6,260.29 | 0.00 |
| 16 | Donald L. Blount & Associates, Inc. | 7100-000 | N/A | 6,219.94 | 6,219.94 | 0.00 |
| 17 | Swanson Hardware Supply | 7100-000 | N/A | 412.68 | 412.68 | 0.00 |
| 18 | Fiberex Glass Corporation | 7100-000 | N/A | 24,130.07 | 24,130.07 | 0.00 |
| 19 | FedEx Tech Connect Inc as Assignee | 7100-000 | N/A | 24,736.35 | 24,736.35 | 0.00 |
| 20 | Black & Decker (US) Inc. | 7100-000 | N/A | 1,400.18 | 0.00 | 0.00 |
| 21 | Ashland Inc | 7100-000 | N/A | 20,444.52 | 20,444.52 | 0.00 |
| 22 | John Foye | 7100-000 | N/A | 3,723.00 | 3,723.00 | 0.00 |
| 23 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 55,155.07 | 55,155.07 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 52,762.40 | N/A | N/A | 0.00 |
| NOTFILED | Mid Atlantic Appraisals | 7100-000 | 50,449.14 | N/A | N/A | 0.00 |
| NOTFILED | Gioia Sails, Inc. | 7100-000 | 61,937.05 | N/A | N/A | 0.00 |
| NOTFILED | NAC Mahogany Co. | 7100-000 | 49,189.37 | N/A | N/A | 0.00 |
| NOTFILED | KDE Marin Denizcilil | 7100-000 | 94,923.00 | N/A | N/A | 0.00 |
| NOTFILED | Ven Yachts CA | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kraft Corp. | 7100-000 | 47,952.50 | N/A | N/A | 0.00 |
| NOTFILED | GE Commerical Distribution | 7100-000 | 153,805.00 | N/A | N/A | 0.00 |
| NOTFILED | Athey & Co. | 7100-000 | 68,641.86 | N/A | N/A | 0.00 |
| NOTFILED | AOC Canad, Inc. | 7100-000 | 41,547.98 | N/A | N/A | 0.00 |
| NOTFILED | Rex Lumber Company | 7100-000 | 31,434.78 | N/A | N/A | 0.00 |
| NOTFILED | C&S Yach Sales, Inc. d/b/a | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Marine Systems, Inc. | 7100-000 | 30,247.01 | N/A | N/A | 0.00 |
| NOTFILED | Buck Algonquin Co., Inc. | 7100-000 | 37,020.59 | N/A | N/A | 0.00 |
| NOTFILED | Samuel R. Vercoe d/b/a | 7100-000 | 37,798.92 | N/A | N/A | 0.00 |
| NOTFILED | Textron | 7100-000 | 1,020,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Joule Yacht Transport, Inc. | 7100-000 | 39,396.39 | N/A | N/A | 0.00 |
| NOTFILED | N A Taylor Company, Inc. | 7100-000 | 41,438.56 | N/A | N/A | 0.00 |
| NOTFILED | Inland Plywood Company | 7100-000 | 45,773.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,134,317.85 | $341,968.84 | $312,252.64 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-21221-MBK  
**Case Name:** SILVERTON MARINE CORPORATION  

**Trustee:** (500480) KAREN E. BEZNER  
**Filed (f) or Converted (c):** 11/07/13 (c)  
**§341(a) Meeting Date:** 12/09/13  

**Period Ending:** 03/26/19  
**Claims Bar Date:** 03/10/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Real Property - Main Plant - 301 Riverside Drive Millville, New Jersey (Asset #1 and #2 being sold together) | 387,000.00 | 500,000.00 | | 500,000.00 | FA |
| 2  Real Property - 330 Riverside Drive, Millville, New Jersey (Storage Buildings) Trustee values Asset #1 and #2 together | 100,204.25 | 0.00 | | 0.00 | FA |
| 3  Bank Acounts | 2,280.89 | 0.00 | | 0.00 | FA |
| 4  Accounts Receivable | 4,986,707.57 | 0.00 | | 0.00 | FA |
| 5  Patents, copyrights & other intellectual property | Unknown | 0.00 | | 0.00 | FA |
| 6  Automobiles, trucks, trailers, and other vehicles and accessories (Liquidated During Chapter 11 Portion of Case) | 67,750.42 | 0.00 | | 0.00 | FA |
| 7  Office equipment, furnishings and supplies | 0.00 | 0.00 | | 0.00 | FA |
| 8  Machinery, fixtures, equipment and supplies | 0.00 | 0.00 | | 0.00 | FA |
| 9  Inventory (Liquidated During Chapter 11 Portion of Case) | 523,645.15 | 0.00 | | 0.00 | FA |
| 10  Alleged Preferences and/or Fraudulent Transfers (u) Trustee v. Principal Investments, Adversary No. 15-2527 | 0.00 | 19,302.16 | | 0.00 | FA |
| 11  Deposit Retained After Bidder Defaulted On (u) Purchase of Property | 0.00 | 90,000.00 | | 90,000.00 | FA |
| 11  Assets  Totals (Excluding unknown values) | **$6,067,588.28** | **$609,302.16** | | **$590,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

This case is jointly administered with Morgan Industries Corporation, Case No. 12-21156 (MBK) pursuant to Order Directing Joint Administration of Related Cases dated 05/02/2012

09/30/2014
Trustee collecting books and records of debtor corporation, as well as trust account records of debtor's counsel for review by accountants and identification of causes of action to recover preferences and fraudulent transfers.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-21221-MBK  **Trustee:** (500480)   KAREN E. BEZNER
**Case Name:** SILVERTON MARINE CORPORATION  **Filed (f) or Converted (c):** 11/07/13 (c)
 **§341(a) Meeting Date:** 12/09/13
**Period Ending:** 03/26/19  **Claims Bar Date:** 03/10/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

04/29/2015
Order entered further extending limitations period on avoiding powers pursuant to 11 U.S.C. Section 546(a) to 01/01/2016

09/30/2015
Trustee reviewing company books and records as well as the accountant's report on fraudulent and preferential transfers.  Complaints to be filed.

(Asset #10)
Complaint to recover preferential transfers pursuant to 11 U.S.C. Section 547 as follows:
Karen E. Bezner, Chapter 7 Trustee v. Principal Investments, Adversary No. 15-2527 ($19,302.16)
Answer Due:  February 3, 2016
Pretrial Hearing:  April 20, 2016
Complaint withdrawn on 02/23/2016; Adversary Case closed 02/26/2016

09/30/2017
Claims review and challenges if necessary; final estate tax returns and fee applications to be submitted.

09/27/2018
TFR submitted to Office of the United States Trustee for review and approval.

**Initial Projected Date Of Final Report (TFR):**    March 30, 2016    **Current Projected Date Of Final Report (TFR):**    September 27, 2018  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-21221-MBK  
**Case Name:** SILVERTON MARINE CORPORATION  
**Taxpayer ID #:** **-***6842  
**Period Ending:** 03/26/19

**Trustee:** KAREN E. BEZNER (500480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $33,064,316.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/24/14 | {1} | John Ruga | Deposit on Sale of Property at 301-303 Riverside Drive, Millville, New Jersey | | 1110-000 | 50,000.00 | | 50,000.00 |
| 03/17/14 | | Landis Title Company | Proceeds Of Sale Of 301-330 Riverside Drive, Millville, NJ | | | 40,879.20 | | 90,879.20 |
| | {1} | | Purchase Price for 301-330 Riverside Drive, Millville, NJ | 500,000.00 | 1110-000 | | | 90,879.20 |
| | | | City/Town Taxes 03/14/14 to 03/31/14 - Paid By Seller | 6,733.18 | 2500-000 | | | 90,879.20 |
| | {1} | | Deposit Received on 01/24/14 From John Ruga | -50,000.00 | 1110-000 | | | 90,879.20 |
| | | | Settlement or Closing Fee To Landis Title Corp. | -150.00 | 2500-000 | | | 90,879.20 |
| | | | Release | -240.00 | 2500-000 | | | 90,879.20 |
| | | | City Of Millville - Taxes - Block 122, Lot 6 | -35,976.92 | 4700-000 | | | 90,879.20 |
| | | | City of Millville - Taxes - Block 122, Lot 6 | -4,820.00 | 4700-000 | | | 90,879.20 |
| | | | City of Millville - Taxes - Block 122, Lot 6 | -4,347.37 | 4700-000 | | | 90,879.20 |
| | | | City of Millville - Taxes - Block 123, Lot 1.01 | -2,539.96 | 4700-000 | | | 90,879.20 |
| | | | City of Millville - Taxes - Block 123, Lot 2 | -366,122.65 | 4700-000 | | | 90,879.20 |
| | | | City of Millville - Taxes - Block 137, Lot 2 | -1,657.08 | 4700-000 | | | 90,879.20 |
| 06/17/14 | 101 | GA Keen Realty Advisors, LLC | Fee Pursuant To Order Dated 06/05/2014 | | 3510-000 | | 25,000.00 | 65,879.20 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 106.62 | 65,772.58 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 91.44 | 65,681.14 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 100.76 | 65,580.38 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 97.47 | 65,482.91 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 84.76 | 65,398.15 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 106.61 | 65,291.54 |
| 01/20/15 | 102 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/20/2015 FOR CASE | | 2300-000 | | 36.48 | 65,255.06 |

Subtotals : $90,879.20   $25,624.14

{} Asset reference(s)

Printed: 03/26/2019 01:27 PM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-21221-MBK  
**Case Name:** SILVERTON MARINE CORPORATION  
**Taxpayer ID #:** **-***6842  
**Period Ending:** 03/26/19  

**Trustee:** KAREN E. BEZNER (500480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $33,064,316.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #12-21221 | | | | |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.91 | 65,161.15 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.48 | 65,073.67 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.83 | 64,973.84 |
| 04/14/15 | | International Sureties, Ltd | Refund of Premium Overcharge January 2015 | 2300-000 | | -14.42 | 64,988.26 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.46 | 64,894.80 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.22 | 64,804.58 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.42 | 64,705.16 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.17 | 64,608.99 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.83 | 64,519.16 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.99 | 64,420.17 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.65 | 64,327.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.43 | 64,238.09 |
| 12/30/15 | 103 | United States Bankruptcy Court | Filing Fee For Adversary No. 15-02527 | 2700-000 | | 350.00 | 63,888.09 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.64 | 63,786.45 |
| 01/19/16 | 104 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2016 FOR CASE #12-21221 | 2300-000 | | 26.86 | 63,759.59 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.53 | 63,671.06 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.28 | 63,582.78 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.33 | 63,482.45 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.02 | 63,394.43 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.90 | 63,306.53 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.90 | 63,206.63 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.64 | 63,118.99 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.59 | 63,019.40 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.39 | 62,929.01 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.25 | 62,841.76 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.15 | 62,745.61 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.00 | 62,655.61 |
| 01/25/17 | 105 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/25/2017 FOR CASE #12-21221 | 2300-000 | | 20.09 | 62,635.52 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.11 | 62,539.41 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.95 | 62,455.46 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.82 | 62,362.64 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.71 | 62,278.93 |

Subtotals :    $0.00    $2,976.13

{} Asset reference(s)    Printed: 03/26/2019 01:27 PM    V.14.50

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 12-21221-MBK | | Trustee: | KAREN E. BEZNER (500480) |
|---|---|---|---|---|
| Case Name: | SILVERTON MARINE CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8366 - Checking Account |
| Taxpayer ID #: | **-***6842 | | Blanket Bond: | $33,064,316.00   (per case limit) |
| Period Ending: | 03/26/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.53 | 62,180.40 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.43 | 62,090.97 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.33 | 62,004.64 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.11 | 61,906.53 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.07 | 61,820.46 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.84 | 61,725.62 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.78 | 61,636.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.69 | 61,551.15 |
| 01/17/18 | 106 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2018 FOR CASE #12-21221 | 2300-000 | | 19.03 | 61,532.12 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.37 | 61,434.75 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.47 | 61,352.28 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.24 | 61,264.04 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.18 | 61,178.86 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.80 | 61,082.06 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.92 | 60,997.14 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.58 | 60,903.56 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.52 | 60,813.04 |
| 09/20/18 | {11} | Estate of Morgan Industries | Transfer Of Funds Pursuant To Order Dated 09/18/2018 | 1229-000 | 90,000.00 | | 150,813.04 |
| 01/14/19 | 107 | Karen E. Bezner, Esq. | Dividend paid 100.00% on $38,287.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 38,287.50 | 112,525.54 |
| 01/14/19 | 108 | Karen E. Bezner, Esq. | Dividend paid 100.00% on $650.31, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 650.31 | 111,875.23 |
| 01/14/19 | 109 | KAREN E. BEZNER | Dividend paid 100.00% on $32,750.00, Trustee Compensation;  Reference: | 2100-000 | | 32,750.00 | 79,125.23 |
| 01/14/19 | 110 | KAREN E. BEZNER | Dividend paid 100.00% on $2,521.70, Trustee Expenses;  Reference: | 2200-000 | | 2,521.70 | 76,603.53 |
| 01/14/19 | 111 | Bederson, LLP | Dividend paid 100.00% on $23,040.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 23,040.50 | 53,563.03 |
| 01/14/19 | 112 | Bederson, LLP | Dividend paid 100.00% on $238.47, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 238.47 | 53,324.56 |
| 01/14/19 | 113 | Wicomico County Office | Dividend paid  52.01% on $2,460.99; Claim# 6; | 5800-000 | | 1,280.18 | 52,044.38 |

Subtotals :        $90,000.00        $100,234.55

{} Asset reference(s)

Printed: 03/26/2019 01:27 PM    V.14.50

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 12-21221-MBK | | Trustee: | KAREN E. BEZNER (500480) |
|---|---|---|---|---|
| Case Name: | SILVERTON MARINE CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8366 - Checking Account |
| Taxpayer ID #: | **-***6842 | | Blanket Bond: | $33,064,316.00  (per case limit) |
| Period Ending: | 03/26/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $2,460.99; Reference: | | | | |
| 01/14/19 | 114 | The State of New Jersey | Dividend paid 52.01% on $100,048.87; Claim# 24; Filed: $100,048.87; Reference: | 5800-000 | | 52,044.38 | 0.00 |
| | | | ACCOUNT TOTALS | | 180,879.20 | 180,879.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 180,879.20 | 180,879.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $180,879.20 | $180,879.20 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8366 | 180,879.20 | 180,879.20 | 0.00 |
| | $180,879.20 | $180,879.20 | $0.00 |

{} Asset reference(s)

Printed: 03/26/2019 01:27 PM    V.14.50